**Order entered July 11, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00572-CR

### DENNIS EARL SIMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2
Dallas County, Texas
Trial Court Cause No. MA17-13580-M**

## ORDER

Before the Court is court reporter Terri Foster Jones's July 6, 2018 request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before July 24, 2018.

/s/ LANA MYERS
   JUSTICE